GEORGE HYAMS v. SOUTHERN RAILWAY COMPANY.

(Filed 22 December, 1908.)

ACTION tried before *Peebles, J.,* and a jury, at March Term, 1908, of BUNCOMBE.

*Merrimon & Merrimon* and *Craig, Martin & Winston* for plaintiff.
*Moore & Rollins* for defendant.

PER CURIAM: We have given this case most careful consideration, and are of opinion that no actionable negligence has been shown on the part of defendant, and the judgment below dismissing the action as on judgment of nonsuit is
Affirmed.

---

TABLE ROCK LUMBER COMPANY ET AL. v. ANDREW
BRANCH ET AL.

(Filed 22 December, 1908.)

ACTION for trespass, tried before *Justice, J.,* and a jury, at August Term, 1908, of BURKE.
Plaintiffs appealed.

*Avery & Ervin, J. T. Perkins* and *Avery & Avery* for plaintiffs.
*Spainhour & Hairfield, S. J. Ervin* and *John M. Mull* for defendants.

PER CURIAM: The judgment below is affirmed for want of a case on appeal, settled and signed by counsel or the judge, according to the statute. No error appears on the face of the record.
Affirmed.